UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANATOLY ROZENBLAT )<br>An individual residing )<br>In Illinois, )<br>Plaintiff )<br> )<br>v. )<br> )<br>SANDIA CORPORATION )<br> )<br>PETER VAN BLARIGAN )<br>An individual residing )<br>in California )<br> )<br>and )<br>PATENT AND TRADEMARK )<br>OFFICE )<br> )<br>Defendants ) | CIVIL ACTION<br>04C 3289<br><br>JUDGE DER-YEGHIAYAN<br><br>MAGISTRATE<br><br>DOCKETED<br>MAY 10 2004 |

## COMPLAINT THAT TO CANCEL U.S PATENT 6,199,519 AND RECOGNIZE IT AS " INVALID "

1. This is an action to cancel U.S Patent 6,199,519 and recognize it as " Invalid".

2. The Plaintiff is Mr.Anatoly Rozenblat, as Independent Scientist and Inventor of county of Illinois in the state of Chicago,
10 East Ontario Street #2606 , Chicago ,Illinois 60611.

3.The Defendants are :
   a) Sandia Corporation
   P.O Box 969
   Livermore,CA 94551

   b) Peter Van Blarigan
   P.O Box 969
   Livermore ,CA 94551

   c)Patent and Trademark Office
   Washington, D.C 20231

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANATOLY ROZENBLAT<br>An individual residing<br>In Illinois,<br>Plaintiff | )<br>)<br>)<br>) | CIVIL ACTION<br>No. |
| v. | ) | |
| SANDIA CORPORATION | ) | |
| PETER VAN BLARIGAN<br>An individual residing<br>in California | )<br>)<br>) | |
| and<br>PATENT AND TRADEMARK<br>OFFICE | )<br>)<br>) | |
| Defendants | ) | |

## COMPLAINT THAT TO CANCEL U.S PATENT 6,199,519 AND RECOGNIZE IT AS " INVALID "

1. This is an action to cancel U.S Patent 6,199,519 and recognize it as " Invalid".

2. The Plaintiff is Mr.Anatoly Rozenblat, as Independent Scientist and Inventor of county of Illinois in the state of Chicago,
10 East Ontario Street #2606 , Chicago ,Illinois 60611.

3.The Defendants are :
    a) Sandia Corporation
    P.O Box 969
    Livermore,CA 94551

    b) Peter Van Blarigan
    P.O Box 969
    Livermore ,CA 94551

    c)Patent and Trademark Office
    Washington, D.C 20231

Analyzing the U.S Patent 6,199,519,the Plaintiff, as owner of his original intellectual property in view of Copyrighted and published works [1],[2],[3] and [4] * admits that:

- **Peter Van Blarigan**, as the inventor, and **Sandia Corporation**, as the assignee, in the claims 1,4,6,9,11(iii),11(b),15,17,20,22,25,27,30 of U.S Patent 6,199519, *illegally use the above-known Plaintiff's original Copyrighted and scientific works;*

- **Patent and Trademark Office** in period of Examining Procedure Process, in question of PRIOR ART and definition of novelty and originality, and also of issue new U.S Patent 6,199,519, *made the big mistake because they did not take under consideration* the known Plaintiff's intellectual works which have the early priority than U.S Patent 6,199,519, and besides these works were Copyrighted and published for publicity in USA and abroad in the different sources such as:

    *[1] :*U.S Copyright, as Visual Art* " Combined Engine" Vau 333-054 on the day registration –May 01,1995;
    *[2]:*U.S Copyright, Literature work* " The Russian Scientist and Inventor brings the new technologies to USA ",Txu 736-468,on the day registration –March 20,1996;
    *[3]: " Catalog Inventions for Commercialization"* published by U.S National Congress Inventor Organization (NCIO/IFIA),on the day registration-May 20,1993 and August 19,1993;
    *[4]: "Proceeding of the 27th Conference"* on Mechanical Engineering in Technion City, Haifa, Israel , on the day presentation-May 19,1998.

So, above-named factors show that Defendants have made for me the huge creative and moral damage, as Professional Scientist and Inventor, because they present illegally use my intellectual properties in the claims of U.S Patent 6,199,519 and for this reason Plaintiff asks the Court to recognize U.S Patent 6,199,519 as " INVALID" and cancel it then. And besides the Plaintiff demands that this case was also considered by a JURY and professional experts .

Date:

May 10,2004

Anatoly Rozenblat,
Plaintiff
10 East Ontario Street #2606
Chicago , Illinois 60611

Phone: (312)-751-1268