## CIVIL COVER SHEET

§ 44 (Rev. *Jury*)

FILED-FDC

: JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as require
law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for th
: of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS** ANATOLY ROZENBLAT

'05 MY 01 P

U.S. DISTRICT COURT

**DEFENDANTS** 1. SANDIA CORPORATION
2. PETER VAN BLARIGAN
3. PATENT AND TRADEMARK OFFICE

U.S. DISTRICT COURT

**(b)** County of Residence of First Listed Plaintiff __County__

_____ PLAINTIFF CASES)

County of Residence of First Listed CA(1,2), D.C(3)

(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

.372-751-F268   Attorneys (If K

**04C  3289**

JUDGE DER-YEGHIAYAN

JOCKET

MAGISTRATE SIDNEY I. SCHENKIER

MY 1 6 2

5/10/04 - Docketing Dept.
Send patent report if
Judge approves IFP or filing
fee is paid. If you'd rather
return case to me. OK.
Angela - ext. 6073

606

Only)

Party)

Parties

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plain
(For Diversity Cases Only)                and One Box for Defendant)

| | PTF | DEF | | PTF | DE |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

## NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | **PERSONAL INJURY** | **PERSONAL INJURY** | | | |
| 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| 120 Marine | ☐ 315 Airplane Product | Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| 130 Miller Act | Liability | ☐ 365 Personal Injury— | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Product Liability | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc |
| 150 Recovery of Overpayment | Slander | ☐ 368 Asbestos Personal | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | ☐ 330 Federal Employers' | Injury Product | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| 151 Medicare Act | Liability | Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| 152 Recovery of Defaulted | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 345 Marine Product | ☐ 370 Other Fraud | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | Liability | ☐ 371 Truth in Lending | ☐ 690 Other | | Exchange |
| 153 Recovery of Overpayment | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 355 Motor Vehicle | Property Damage | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| 160 Stockholders' Suits | Product Liability | ☐ 385 Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| 190 Other Contract | ☐ 360 Other Personal Inj. | Product Liability | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI. | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | | Information Act |
| 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee |
| 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff | Determination Under |
| 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | or Defendant) | Equal Access to Justice |
| 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | 26 USC 7609 | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

|  |  |  |  |  |  |  | Appeal to District Judge from Magistrate Judgment |
|---|---|---|---|---|---|---|---|
| 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☒ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 |

## CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)   TO RECOGNIZE U.S PATENT 6,199,519
as „INVALID" AND TO CANCEL IT.

## II. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION   **DEMAND** $ 100,000
UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes   ☐ No

**III. This case**   ☐ is not a refiling of a previously dismissed action.
☒ is a refiling of case 03C 1657 previously dismissed by Judge Der Yeghiayan

SIGNATURE OF ATTORNEY OF RECORD

TE

X

X May 10, 2004