UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED-ERM

Plaintiff(s) ANATOLY ROZENBLAT An individual residing in Illinois

v.

Defendant(s) Sandia Corporation
Peter Van Blarigan
Patent and Trademark Office

Case Number: 04C 3289

Judge: JUDGE DER-YEGHIAYAN

MAGISTRATE SIDNEY I. SCHENKIER

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, ANATOLY ROZENBLAT, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):
   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [X] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

I declare under penalty that the foregoing is true and correct.

Movant's Signature

Date: May 10, 2004

Street Address: 10 EAST ONTARIO STREET #2606

City, State, ZIP: CHICAGO, ILLINOIS 60611

DOCKETED MAY 10 2004

4

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: Amy J. St. Eve     Case Number: NO. 02-CV-4942

Case Title: Copyright infringment

Appointed Attorney's Name: Rodney A. Daniel and Daniel N. Christus

If this case is still pending, please check box [X]

Assigned Judge: _____     Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box [ ]

Assigned Judge: _____     Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box [ ]

Assigned Judge: _____     Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box [ ]