UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

the Matter of ANATOLY ROZENBLAT
PLAINTIFF
VS.
Sandia Corp., et al.

FILED-504

Case Number: **04C 3289**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
ANATOLY ROZENBLAT

JUDGE DER-YEGHIAYAN
MAGISTRATE SIDNEY I. SCHENKIER

**(A)**
SIGNATURE: (signed)
NAME: Anatoly Rozenblat
FIRM: PRO-SE
STREET ADDRESS: 10 East Ontario Str. #2606
CITY/STATE/ZIP: Chicago, IL 60611
TELEPHONE NUMBER: 312-751-1268
FAX NUMBER: none

MEMBER OF TRIAL BAR? NO ☒
TRIAL ATTORNEY? NO ☒

**(B)** (blank)

**(C)** (blank)

**(D)** (blank)