Clerk's Office,

Cannot serve
as to. 04C-3289

Thank you
M. Kujawa
U.S. Marshals Service
8-4-4

FILED
AUG 04 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
AUG 04 2004

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Anatoly Rozenblat
An individual residing
in Illinois,
Plaintiff

SUMMONS IN A CIVIL CASE

V.

Sandia Corp., et all
Defendants

CASE NUMBER: 04C 3289

ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE SIDNEY I. SCHENKIER

TO: (Name and address of Defendant)

Sandia Corporation
P.O Box 969
Livermore, CA 94551

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anatoly Rozenblat
10 East Ontario Street #2606
Chicago, IL 60611

an answer to the complaint which is herewith served upon you, __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

JUL 23 2004

(By) DEPUTY CLERK                                                                 DATE

ANGELA REVIS

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Anatoly Rozenblat
An individual residing
in Illinois,
Plaintiff

SUMMONS IN A CIVIL CASE

V.

Sandia Corp., et all
Defendants

CASE NUMBER: **04C 3289**

ASSIGNED JUDGE: **JUDGE DER-YEGHIAYAN**

DESIGNATED
MAGISTRATE JUDGE:


MAGISTRATE SIDNEY I. SCHENKIER

TO: (Name and address of Defendant)

Sandia Corporation
P.O Box 969
Livermore, CA 94551

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anatoly Rozenblat
10 East Ontario Street #2606
Chicago, IL 60611

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

JUL 23 2004

(By) DEPUTY CLERK                       DATE

ANGELA REVIS

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Anatoly Rozenblat
An individual residing
in Illinois,
Plaintiff

SUMMONS IN A CIVIL CASE

CASE NUMBER: **04**C 3289

V.

Sandia Corp., et all
Defendants

ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN

DESIGNATED MAGISTRATE JUDGE:

MAGISTRATE SIDNEY I. SCHENKIER

TO: (Name and address of Defendant)

Sandia Corporation
P.O Box 969
Livermore, CA 94551

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anatoly Rozenblat
10 East Ontario Street #2606
Chicago, IL 60611

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reason period of time after service.

MICHAEL W. DOBBINS, CLERK

JUL 23 2004

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Anatoly Rozenblat
Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Sandia Corp., et all
Defendants

CASE NUMBER: **04C 3289**

ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE SIDNEY I. SCHENKIER

TO: (Name and address of Defendant)

Peter Van Blarigan
P.O Box 969
Livermore, CA 94551

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anatoly Rozenblat
10 East Ontario Street #2606
Chicago, IL 60611

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK     ANGELA REVIS

DATE    JUL 23 2004

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Anatoly Rozenblat
Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Sandia Corp, et all
Defendants

CASE NUMBER: 04C 3289

ASSIGNED JUDGE: **JUDGE DER-YEGHIAYAN**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE SIDNEY I. SCHENKIER**

TO: (Name and address of Defendant)

Peter Van Blarigan
P.O Box 969
Livermore, CA 94551

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anatoly Rozenblat
10 East Ontario Street #2606
Chicago, IL 60611

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

JUL 23 2004

(By) DEPUTY CLERK — ANGELA NEVIS

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Anatoly Rozenblat, Plaintiff

v.

Sandia Corp., et all Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04C 3289**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE: **JUDGE DER-YEGHIAYAN**

MAGISTRATE SIDNEY I. SCHENKIER

TO: (Name and address of Defendant)

Patent and Trademark Office
Washington, D.C. 20231

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anatoly Rozenblat
10 East Ontario Street #2606
Chicago, IL 60611

an answer to the complaint which is herewith served upon you, _60_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_
(By) DEPUTY CLERK
ANGELA REVIS

DATE: JUL 23 2004

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Anatoly Rozenblat,
Plaintiff

SUMMONS IN A CIVIL CASE

CASE NUMBER: **04C 3289**

V.

Sandia Corp, et all
Defendants

ASSIGNED JUDGE: **JUDGE DER-YEGHIAYAN**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE SIDNEY I. SCHENKIER**

TO: (Name and address of Defendant)

Patent and Trademark
Office, Washington
D.C. 20231

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anatoly Rozenblat
10 East Ontario Street #2606
Chicago, IL 60611

an answer to the complaint which is herewith served upon you, ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

JUL 23 2004

(By) DEPUTY CLERK

ANGELA EVANS

DATE