**U. S. Department of Justice**

United States Attorney
Northern District of Illinois

| | | |
|---|---|---|
| *Thomas P. Walsh*<br>*Assistant United States Attorney* | *Dirksen Federal Building*<br>*219 South Dearborn Street, Fifth Floor*<br>*Chicago, Illinois 60604* | *Direct Line: (312) 353-5312*<br>*Fax: (312) 886-4073* |

**FILED**

August 24, 2004

**AUG 3 0 2004**

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Michael W. Dobbins
Clerk, United States District Court,
  Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

DOCKETED

AUG 3 1 2004

　　Attn:  Civil Docketing

　　Re:  *Anatoly Rozenblat v. Sandia Corporation*, No. 04 C 3289,
　　　　(N. D. Ill.)

Dear Mr. Dobbins:

　　The above case has been assigned within this office to Assistant United States Attorney **Samuel S. Miller**, who can be reached at **(312) 886-9083**. This letter is provided for informational purposes only and does not constitute an appearance, a motion or a responsive pleading and does not waive any defenses.

　　Thank you for your assistance.

　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　PATRICK J. FITZGERALD
　　　　　　　　　　　United States Attorney

　　　　　　　　　　By: *Thomas Walsh*
　　　　　　　　　　　THOMAS P. WALSH
　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　Chief, Civil Division

cc:

　　Anatoly Rozenblat
　　10 East Ontario Street
　　#2026
　　Chicago, Illinois 60611

11