# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In the Matter of:
Anatoly Rozenblat, Plaintiff,
vs.
Sandia Corporation, Peter Van Blarigan and the U.S.
Patent and Trademark Office,
Defendants.

Case No. 04 C 3289

JURY TRIAL DEMANDED

Judge Der-Yeghiayan
Magistrate Judge Sidney I. Schenkier

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
Sandia Corporatin and Peter Van Blarigan

| (A) | (B) |
|---|---|
| SIGNATURE *Charles W. Shifley* | SIGNATURE *Janice V. Mirius* |
| NAME Charles W. Shifley | NAME Janice V. Mirius |
| FIRM Banner & Witcoff, Ltd. | FIRM Banner & Witcoff, Ltd. |
| STREET ADDRESS Ten South Wacker Drive, Suite 3000 | STREET ADDRESS Ten South Wacker Drive, Suite 3000 |
| CITY/STATE/ZIP Chicago, Illinois 60606 | CITY/STATE/ZIP Chicago, Illinois 60606 |
| TELEPHONE NUMBER (312) 715-1000 | TELEPHONE NUMBER (312)-715-1000 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 3124826 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06243513 |
| MEMBER OF TRIAL BAR? YES X NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO X |
| TRIAL ATTORNEY? YES X NO ☐ | TRIAL ATTORNEY? YES X NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO X |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO X | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES X NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO X | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

FILED OCT 1 2004

14

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **APPEARANCE FORM FOR CHARLES W. SHIFLEY AND JANICE V. MITRIUS** was served First Class mail on the Plaintiff:

Anatoly Rozenblat
10 East Ontario Street, Apt. 2606
Chicago, Illinois 60611
312-751-1268

and via First Class mail on the U.S Attorney:

Samuel S. Miller
Assistant U.S. Attorney
219 South Dearborn
Chicago, Illinois 60604
312-886-9083

on October 4, 2004.

*Janice V. Mitrius*