

**U. S. Department of Justice**

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| *Thomas P. Walsh*<br>*Chief, Civil Division* | *Dirksen Federal Building*<br>*219 South Dearborn Street, Fifth Floor*<br>*Chicago, Illinois 60604* | *Direct Line: (312) 353-5312*<br>*Fax: (312) 886-4073* |

FILED
November 19, 2004

NOV 19 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Michael W. Dobbins
Clerk, United States District Court,
 Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

DOCKETED
NOV 22 2004

    Attn: Civil Docketing

    Re: *Anatoly Rozenblat v. Sandia Corp., et al.* No. 04 C 3289 (N.D. Ill.)

Dear Mr. Dobbins:

    The above case has been reassigned within this office to Assistant United States Attorney **LaShonda A. Hunt**, who can be reached at **(312) 353-1598**. This letter is provided for informational purposes only and does not constitute an appearance, a motion or a responsive pleading and does not waive any defenses.

    Thank you for your assistance.

                                          Very truly yours,

                                          PATRICK J. FITZGERALD
                                          United States Attorney

                            By: *Thomas Walsh*
                                          THOMAS P. WALSH
                                          Assistant United States Attorney
                                          Chief, Civil Division

    cc:

        Anatoly Rozenblat
        10 East Ontario Street, #2606
        Chicago, Illinois 60611

15

November 19, 2004
Page 2

cc: Charles W. Shifley
Janice V. Mitrius
Banner & Witcoff, Ltd.
10 South Wacker Drive, Suite 3000
Chicago, Illinois 60606