IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS



| | |
|---|---|
| ANATOLY ROZENBLAT ) | |
| ) | |
| Plaintiff, ) | Case No. 04 CV 3289 |
| ) | Judge Der-Yeghiayan |
| v. ) | |
| ) | |
| SANDIA CORPORATION, PETER VAN ) | |
| BLARIGAN, AND PATENT AND ) | |
| TRADEMARK OFFICE ) | |
| ) | |
| Defendants. ) | |

**DOCKETED**

**DEC 2 2 2004**

REPLY MEMORANDUM IN SUPPORT OF SANDIA CORPORTION'S AND
PETER VAN BLARIGAN'S MOTION TO DISMISS FOR LACK OF SUBJECT
MATTER JURISDICTION AND LACK OF PERSONAL JURISDICTION
PURSUANT TO FED.R.CIV.P. 12(b)(1) and (2)

In his opposition to Sandia and Mr. Van Blarigan's motion to dismiss, Rozenblat raises no issues or facts to preclude dismissal for lack of subject matter jurisdiction. Neither Rozenblat's complaint nor his opposition identify any actual controversy between the parties at the time Rozenblat filed his Complaint -- a necessary prerequisite to subject matter jurisdiction. That Rozenblat believes his alleged invention invalidates Sandia's patent is of no consequence in determining whether there is subject matter jurisdiction for this Court in this case.

In addition, Rozenblat provides no basis for personal jurisdiction in the Illinois courts for Defendants, Sandia and Mr. Van Blarigan. Rozenblat's assertion that Sandia and Mr. Van Blarigan participated in a previous case he filed in this jurisdiction does not support personal jurisdiction in

this case. A party's waiver of personal jurisdiction in one action does not forever waive personal jurisdiction in any subsequent action. *See Mallinckrodt Medical Inc. v. Sonus Pharmaceuticals Inc.*, 989 F.Supp 265, 271 (D.C. Cir. 1998). Accordingly, Sandia and Mr. Van Blarigan request that this Court dismiss this action for lack of subject matter jurisdiction and for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2).

Dated: December 15, 2004               Respectfully submitted,

*[signature]*

Charles W. Shifley
Janice V. Mitrius
**BANNER & WITCOFF, LTD.**
10 S. Wacker Drive: Suite 3000
Chicago, Illinois 60606
(312) 463-5000
(312) 463-5001 (Fax)

Attorneys for Defendants
**SANDIA CORPORATION** and **PETER VAN BLARIGAN**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **Reply Memorandum in Support of Defendants' Motion to Dismiss**, was served via First Class Mail on the Plaintiff:

> Anatoly Rozenblat
> 10 East Ontario Street, Apt. 2606
> Chicago, Illinois 60611
> 312-751-1268

and on the U.S Attorney:

> LaShonda Hunt
> Assistant U.S. Attorney
> 219 South Dearborn
> Chicago, Illinois 60604
> 312-353-1598

on December 15, 2004.

*/s/ Janice V. Mitrius*