IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANATOLY ROZENBLAT )<br>   Plaintiff, )<br> v. )<br>SANDIA CORPORATION, )<br>PETER VAN BLARIGAN,AND )<br>PATENT AND TRADEMARK )<br>OFFICE )<br>   Defendants. | Case No. 04 CV-3289<br>Judge Samuel Der-Yeghiayan<br>Magistrate Judge Sidney ISchenkier |

## NOTICE OF MOTION

To: Lashonda A.Hunt
  Assistant United States Attorney
  219 South Dearborn Street
  Chicago ,Illinois 60604

  Janice V.Mitrius
  Banner & Witcoff,Ltd.
  10 South Wacker Drive ,Suite 3000
  Chicago ,Illinois 60606

  PLEASE TAKE NOTICE that on January 26,2005 at 9:00 a.m ,or as soon thereafter as counsel may be heard ,I will appear before Judge Der- Yeghiayan in the courtroom usually occupied by him in the Everett McKinley Dirksen Building ,219 South Dearborn Street ,Chicago ,Illinois ,or before such judge who may be sitting in his place and stead ,and then and there present ,**PLAINTIFF'S MOTION TO APPOINT A TECHNICAL EXPERT TESTIMONY,AS EVIDENCE ,IN ACCORDANCE WITH THE RULES 706 §6301 ,§60:1103 TO §60:1109 AND 26(b)(4) ,THAT TO KEEP PLAINTIFF'S COMPLAINT AND TO DISMISS DEFENDANTS' MOTIONS OF NOVENBER 22,2004** which time and place you may appear ,if you see fit.

            Respectfully submitted,

            Anatoly Rozenblat,
            Plaintiff ,as Independent Scientist& Inventor
            10 East Ontario Street #2606
            Chicago ,Illinois 60611
            (312)751-1268

## CERTIFICATE OF SERVICE

Anatoly Rozenblat, as Plaintiff, hereby certifies that a copy of the foregoing NOTICE OF MOTION **PLAINTIFF'S MOTION TO APPOINT A TECHNICAL TESTIMONY,AS EVIDENCE,IN ACCORDANCE WITH THE RULES 706§6301,§60:1103 TO §60:1109 AND 26(B)(4) THAT TO KEEP PLAINTIFF'S COMPLAINT AND TO DISMISS DEFENDANTS' MOTIONS OF NOVEMBER 22,2004** , was served via First class mail on November 17,2004.

To: Janice V.Mitrius  
    Banner & Witcoff, Ltd  
    10 South Wacker Drive  
    Suite 3000  
    Chicago , Illinois 60606

Lashonda A.Hunt  
Assistant United  
States Attorney  
219 South Dearborn Street  
Chicago ,Illinois 60604

    Anatoly Rozenblat,  
    Plaintiff ,as  
    Independent Scientist & Inventor

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**ANATOLY ROZENBLAT )**
**Plaintiff, )**
**v. )**

**SANDIA CORPORATION, )**
**PETER VAN BLARIGAN,AND )**
**PATENT AND TRADEMARK )**
**OFFICE )**
**Defendants.**

**Case No. 04 CV-3289**
**Judge Samuel Der-Yeghiayan**

**Magistrate Judge Sidney I Schenkier**

DOCKETED
JAN 1 0 2005

FILED
DEC 1 7 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PLAINTIFF'S MOTION TO APPOINT A TECHNICAL EXPERT TESTIMONY,AS EVIDENCE ,IN ACCORDANCE WITH THE RULES 706 §6301, §60:1103 TO §60:1109 and 26(b)(4), THAT TO KEEP PLAINTIFF'S COMPLAINT AND TO DISMISS DEFENDANTS' MOTIONS OF NOVEMBER OF 22,2004.**

DOCKETED
JAN 1 0 2005

Pursuant to Federal Rules of Civil Procedure 706 §6301 to §6305 and Federal Procedure §60:1103 to §60:1109,and also 26(b)(4) , Plaintiff, Anatoly Rozenblat , hereby the Court to appoint a technical expert testimony , as evidence ,that to keep the Plaintiff's complaint in the Federal Court and to dismiss Defendants' motions of November 22,2004.

For the reasons states in the accompanying in Memorandum, as Plaintiff of this case No.04-CV-3289, ask the Honorable Judge Samuel Der-Yeghiayan to grant this Plaintiff's motion for receiving of objective professional opinion in this controversy between of both parties.

Dated: December 17,2004

Respectfully submitted

Anatoly Rozenblat,
Plaintiff, as Independent
Scientist and Inventor

10 East Ontario Street #2606
Chicago, Il 60611
(312)751-1268

23

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANATOLY ROZENBLAT, )
    Plaintiff )
v. ) Case No.04-CV-3289
SANDIA CORPORATION, ) Judge Samuel Der-Yeghiayan
PETER VAN BLARIGAN,AND ) Magistrate Judge Sidney I.Schenkier
PATENT AND TRADEMARK )
OFFICE )
    Defendants )

FILED
DEC 17 2004
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

## MEMORANDUM IN SUPPORT OF
*"PLAINTIFF'S MOTION TO APPOINT A TECHNICAL EXPERT TESTIMONY, AS EVIDENCE,IN ACCORDANCE WITH THE RULES 706 §6301,§60:1103 TO§60:1109 and 26(b)(4) THAT TO KEEP PLAINTIFF'S COMPLAINT AND TO DISMISS DEFENDANTS' MOTIONS OF NOVEMBER 22,2004 ".*

In Plaintiff's complaint of May 10,2004 and also in Plaintiff's reply of November 29,2004 on Defendants' motions of November 22,2004 was distinctly and professionally proved that in claims 1,4,6,9,11(iii),11(b) ,15,17,20,22,25,27, 30 of U.S Patent 6,199,519 (inventor: Peter Van Blarigan, assignee: Sandia Corporation) illegally are used the Plaintiff's original works, having early priority references.

However, in Defendants' motions and replies respectively of November 22,2004 and December 15,2004 these important claims, as the controversy ,between of both parties, were not discussed in accordance with 35 U.S.C.S § 301 and American Inventors Protections Act of 1999 , 113 Stat.150/A-552 on November 29,1999 §102g.

Referring to Federal Procedure Rules 28 U.S.C.A § 1338(a) and 26(b)(4) which regulate discovery from expert opinion in pretrial process, Plaintiff thinks that expert testimony can be most helpful on this case No.04-CV-3289 *(See Sunbeam Corp.v.S.W.Farber,Inc.243 F.Supp.75(S.D.N.Y,1965).*

Dated: December 17,2004                       Respectfully submitted,

                                                                       Anatoly Rozenblat, Plaintiff
                                                                       10 East Ontario Street #2606
                                                                       Chicago, Il 60611
                                                                       (312) 751-1268

## CERTIFICATE OF SERVICE

Anatoly Rozenblat, as Plaintiff, hereby certifies that a copy of the foregoing **PLAINTIFF'S MOTION TO APPOINT A TECHNICAL TESTIMONY,AS EVIDENCE,IN ACCORDANCE WITH THE RULES 706§6301,§60:1103 TO §60:1109 AND 26(B)(4) THAT TO KEEP PLAINTIFF'S COMPLAINT AND TO DISMISS DEFENDANTS' MOTIONS OF NOVEMBER 22,2004**, was served via First class mail on November 17,2004.

To: Janice V.Mitrius  
    Banner & Witcoff, Ltd  
    10 South Wacker Drive  
    Suite 3000  
    Chicago , Illinois 60606

Lashonda A.Hunt  
Assistant United  
States Attorney  
219 South Dearborn Street  
Chicago ,Illinois 60604

Anatoly Rozenblat,  
Plaintiff ,as  
Independent Scientist & Inventor