UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.3
Eastern Division

Anatoly Rozenblat
                 Plaintiff,

v.                                 Case No.: 1:04−cv−03289
                                      Honorable Samuel Der−Yeghiayan

Sandia Corporation, et al.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 1, 2005:

       MINUTE entry before Judge Samuel Der−Yeghiayan : Status hearing reset to 03/22/2005 at 09:00 AM.(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.