# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 04 C 3289 | DATE | 5/2/2005 |
| CASE TITLE | Anatoly Rozenblat vs. Sandia | | |

**DOCKET ENTRY TEXT:**

For the reasons stated in the attached memorandum opinion, defendants' motions to dismiss are granted in their entirety. All pending dates and motions are hereby stricken as moot. Terminating case.

Docketing to mail notices.

■[ For further details see attached memorandum opinion.

## STATEMENT

| | Courtroom Deputy Initials: | maw |
|---|---|---|