# United States District Court
## Northern District of Illinois
### Eastern Division

Anatoly Rozenblat

v.

Sandia

**JUDGMENT IN A CIVIL CASE**

Case Number: 04 C 3289

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's memorandum opinion dated 05/02/05, defendants Sandia's, Blarigan's and U.S. Patent and Trademark Office's motions to dismiss are granted in their entirety.

Michael W. Dobbins, Clerk of Court

Date: 5/2/2005

/s/ Michael A. Wing, Deputy Clerk