# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 3289 | **DATE** | 6/8/2005 |
| **CASE TITLE** | Rozenblat vs. Sandia Corp, et al. | | |

**DOCKET ENTRY TEXT:**

For the reasons stated below, plaintiff's motion for leave to appeal in forma pauperis is denied.

■ [ For further details see text below.]   Docketing to mail notices.

**ORDER**

This matter is before the court on Plaintiff's motion for leave to appeal *in forma pauperis*. Plaintiff's motion for leave to appeal *in forma pauperis* does not comply with Federal Rule of Appellate Procedure 24(a)(1) ("Rule 24") in that it does not include a fully completed affidavit that shows Plaintiff's inability to pay in the detail prescribed in the forms referred to in Rule 24. Fed. R. App. P. 24(a)(1). Specifically, Plaintiff failed to specify the issues he intends to present on appeal and has failed to indicate his most recent employer as is required under Rule 24. Therefore, we deny Plaintiff's motion for leave to appeal *in forma pauperis*.