## UNITED STATES COURT OF APPEALS

### SEVENTH CIRCUIT

GINO J. AGNELLO  
CLERK

219 SOUTH DEARBORN STREET  
CHICAGO, ILLINOIS 60604

TELEPHONE  
(312) 435-5850

TO: District Court Clerk's Office

RE: Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:  05-2605                    Docketed on: 6/2/05
Short Caption:        Rozenblat, Anatoly v. Sandia Corporation
District Court Judge: Samuel  Der-Yeghiayan
District Court No.:   04 C 3289

If you have any questions regarding this appeal, please call this office.

(1003-012490)

FILED  
JUN 0 8 2005  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT