

# United States District Court
# Northern District of Illinois

**KC FILED**
AUG 11 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### Notification of Change of Address

*Please enter the address to which notice should be mailed:*

| Name: | Anatoly Rozenblat |
|---|---|
| Firm: | |
| Street Address: | 150 W. Maple Street #308 |
| City/State/ZIP: | Chicago, IL 60610 |
| Phone Number: | 312-751-1268 |

*I previously filed an appearance pursuant to Local Rule 83.16 in each of the cases listed below.*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 04cv-3289 | Rozenblat v. Sandia Corp. | Der-Yeghiayan |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

_____  _____8/11/05_____
Attorney's Signature           Date