# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

**FILED**

05-1556

SEP 1 2 2005  WH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ANATOLY ROZENBLAT,

Plaintiff-Appellant,

v.

SANDIA CORPORATION,
PETER VAN BLARIGAN,

and

UNITED STATES PATENT AND TRADEMARK OFFICE,

Defendants-Appellees.

Appeal from the United States District Court for the Northern District of Illinois in case no. 04-CV-3289, Judge Samuel Der-Yeghiayan.

Authorized Abbreviated Caption[2]

ROSENBLAT v SANDIA CORP

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

## 05-1556 - ROZENBLAT V SANDIA CORP

Date of docketing:   09/07/05

Appeal from:  United States District Court/Northern District of Illinois
case no. 04-CV-3289

Appellant(s):  ANATOLY ROZENBLAT

**FILED**

SEP 1 2 2005  W/H

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Critical dates include:
   Date of docketing.  See Fed. Cir. R. 12.
   Entry of appearance.  See Fed. Cir. R. 47.3.
   Certificate of interest.  See Fed. Cir. R. 47.4.
   Docketing Statement.  (Due within 14 days of the date of docketing.)   See the en banc order
      dated August 1, 2005.  [Counsel can download a copy of the order at www.fedcir.gov.]
   Requests for extensions of time.  See Fed. Cir. R. 26 and 27.  **N.B. Delayed requests are not
      favored by the court.**
   Briefs.  See Fed. Cir. R. 31.  **N.B. You will not receive a separate briefing schedule from
      the Clerk's Office.**
   Settlement discussions.  See Fed. Cir. R. 33.
   Oral argument schedule conflicts.  See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

**Attachments:**
   Official caption to all.
   Docketing Statement.  (Only in cases where all parties are represented by counsel.)
   Rules of Practice to pro se parties.  [Counsel can download the rules from www.fedcir.gov or call
      202.633.6550.]
   Entry of appearance form to all.
   Informal brief form to pro se parties.
   Transcript Purchase Order form to appellants.
   Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants
      owing the docketing fee.


Jan Horbaly
Clerk

cc:  US District Court, ND/IL
   John M. Whealan
   Janice V. Mitrius
   Anatoly Rozenblat

05-1556

**United States Court of Appeals
For The Seventh Circuit
219 South Dearborn Street
Chicago, Illinois 60604**

RECEIVED SEP - 6 2005
United States Court of Appeals
For The Federal Circuit

I, GINO J. AGNELLO, Clerk of the United States Court of Appeals for the Seventh Circuit, do hereby certify that the foregoing contains a true copy of

**FILED** SEP 1 2 2005 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

**FILED** U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT SEP 7 2005 JAN HORBALY CLERK

Seventh Circuit Docket Sheet

| Date | No. | Description |
|---|---|---|
| 5/10/05 | (1) | Notice of Appeal w/ short record |
| 6/8/05 | (2) | Jurisdictional Order |
| 6/10/05 | (3) | Appellant's Jurisdiction Statement |
| 6/13/05 | (4) | District Court order denying appellant's motion for leave to appeal ifp |
| 6/13/05 | (5) | Petition for Leave to File and Proceed on Appeal In Forma Pauperis |
| 6/22/05 | (6) | Appellees' Jurisdictional Memorandum |
| 6/22/05 | (7) | Appellees' Disclosure Statement |
| 6/22/05 | (8) | Jurisdictional Memorandum of the Patent and Trademark Office |
| 6/23/05 | (9) | Appellant's Brief |
| 8/8/05 | (10) | Rule to Show Cause |
| 8/15/05 | (11) | Response to Rule to Show Cause |
| 8/15/05 | (12) | Appellant's Jurisdictional Memorandum |
| 8/15/05 | (13) | Appellant's Motion To Consider Appeal in Seventh Circuit, etc. |
| 8/17/05 | (14) | Order Discharging Rule to Show Cause |
| 8/29/05 | (15) | Order transferring appeal to U.S. Court of Appeals for the Federal Circuit |

ANATOLY ROZENBLAT,
    Plaintiff-Appellant,

vs.

SANDIA CORPORATION, PETER VAN BLARIGAN and
PATENT AND TRADEMARK OFFICE,
    Defendants-Appellees.

Appeal No. 05-2605
District Court No. 04 C 3289

as the same remains upon the files and records of the United States Court of Appeals for the Seventh Circuit.

IN TESTIMONY WHEREOF I hereunto subscribe my name and affix the seal of said United States Court of Appeals for the Seventh Circuit, at the City of Chicago, this thirtieth day of August, A.D. 2005.

_Christina M. O'Donnell, for_
Clerk of the United States Court of Appeals
for the Seventh Circuit