RECEIVED

SEP 2 6 2005

United States Court of Appeals
For the Federal Circuit

## Court of International Trade

Case Number  04C -3289

Anatoly Rozenblat            ]
An individual residing       ]
In Illinois,                 ]
    Plaintiff               ]

    v.                      ]      **NOTICE OF APPEAL**

Sandia Corporation d/b/a     ]
Sandia National Laboratories ]
A Delaware corporation       ]      **F I L E D**

Peter Van Blarigan           ]
An individual residing       ]      SEP 2 6 2005
In California and            ]
Patent and Trademark Office, ]      MICHAEL W. DOBBINS
    Defendants              ]      CLERK, U.S. DISTRICT COURT

    Notice is hereby given that Anatoly Rozenblat, as Plaintiff and Defendants', as Sandia Corporation ,et al ,in the above named case No.04C-3289 hereby appeal to the United States Court of Appeal for the Federal Circuit from the order on Appeal No.05-2605 from the United States Court of Appeal for the Seventh Circuit, Chicago ,Illinois ,60604 ,entered in this action on August 29,2005, for transferring appeal No.05-2605 to the United States Court of Appeals for the Federal Circuit pursuant to 28 U.S.C §1631. Enclosed Memorandum in support of Plaintiff " Notice of Appeal " for review of Hon. Judge Der-Yeghiayan finally judgment of May 2,2005 on case No.04C-3289.

                                                          Respectfully submitted

Dated :September 21,2005

                                                           Anatoly Rozenblat,
                                                           Plaintiff
                                                          150 West Maple Street #308
                                                          Chicago ,Illinois  60610