# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

JH

## 06-1005 - ROZENBLAT V SANDIA CORP

Date of docketing: 10/06/05

Appeal from: United States District Court/ Northern District of Illinois
case no. 04-CV-3289

Appellant(s): ANATOLY ROZENBLAT

**FILED**

**OCT 1 4 2005**

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Critical dates include:
    Date of docketing. See Fed. Cir. R. 12.
    Entry of appearance. See Fed. Cir. R. 47.3.
    Certificate of interest. See Fed. Cir. R. 47.4.
    Docketing Statement. (Due within 14 days of the date of docketing.) See the en banc order dated August 1, 2005. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
    Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
    Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
    Settlement discussions. See Fed. Cir. R. 33.
    Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

**Attachments:**
    Official caption to all.
    Docketing Statement. (Only in cases where all parties are represented by counsel.)
    Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
    Entry of appearance form to all.
    Informal brief form to pro se parties.
    Transcript Purchase Order form to appellants.
    **Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.**

Jan Horbaly
Clerk

cc: US District Court, ND/IL
    John M. Whealan
    Janice V. Mitrius
    Anatoly Rozenblat

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

06-1005

ANATOLY ROZENBLAT,

Plaintiff-Appellant,

v.

SANDIA CORPORATION
and PETER VAN BLARIGAN,

Defendants-Appellees,

and

UNITED STATES PATENT AND TRADEMARK OFFICE,

Defendant-Appellee.

Appeal from the United States District Court for the Northern District of Illinois in case no. 04-CV-3289, Judge Samuel Der-Yeghiayan.

Authorized Abbreviated Caption[2]

ROZENBLAT v SANDIA CORP, 06-1005

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

**RECEIVED**

OCT - 5 2005

United States Court of Appeals
For The Federal Circuit

UNITED STATES DISTRICT COURT
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604
(312) 435-5670

MICHAEL W. DOBBINS,
Clerk

**06 - 1005**

OFFICE OF THE CLERK
September 30, 2005

U. S. FEDERAL COURT OF APPEALS
717 Madison Place N.W.
Washington, D.C. 20439

**FILED**

OCT 1 4 2005

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

RE: Rozenblat vs Sandia Corp.

U.S.D.C. DOCKET NO. 04cv3289

U.S. FEDERAL COURT NO.

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 6 2005

JAN HORBALY
CLERK

Dear Clerk:

I am sending you herewith the short record on appeal consisting of the Notice of Appeal, Federal Circuit Appeal Information Sheet, copy of FRAP 3 (d) letter, copy of docket and copy of appealed order.

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

MICHAEL W. DOBBINS, CLERK

By:   G. Jones
      Deputy Clerk