# United States Court of Appeals for the Federal Circuit

05-1556

ANATOLY ROZENBLAT,

                    Plaintiff-Appellant,

v.

SANDIA CORPORATION,
and PETER VAN BLARIGAN,

                    Defendants-Appellees,

and

UNITED STATES PATENT AND TRADEMARK OFFICE,

                    Defendant-Appellee.

## JUGDMENT

ON APPEAL from the    United States District Court for the Northern District of Illinois

In CASE NO(S).     04-CV-3289

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:    AFFIRMED

**FILED**
MAY 11 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ENTERED BY ORDER OF THE COURT

DATED: MAR 17 2006

Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: _____ Date: 5/8/06

**ISSUED AS A MANDATE:**    MAY - 8 2006