# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 3289 | **DATE** | 6/18/2008 |
| **CASE TITLE** | Anatoly Rozenblat vs. Sandia Corporation, et al. | | |

**DOCKET ENTRY TEXT**

This matter is before the court on Anatoly Rozenblat's ("Rozenblat") *pro se* "Motion For Reopening & Reinstate Case with Transfer it to Jury Trial Court Under 35 §§281.140 and §281.116." (Mot. 1). On May 2, 2005, we granted Defendants' motion to dismiss and on March 17, 2006, the United States Court of Appeals for the Federal Circuit affirmed the dismissal of the instant action. Rozenblat argues that this court erred in dismissing this action on May 2, 2005. He contends, for example, that this court did not take into consideration certain evidence. Rozenblat requests that the court reinstate the instant action. However, we dismissed this case over three years ago and the Federal Circuit has resolved the appeal in this case. Rozenblat has not provided justification for reinstating the instant action at this untimely juncture, and therefore, we deny the motion [50].

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|